No. 22-14274

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

GRAY TELEVISION, INC.,

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA.,

*Respondents*.

On Petition for Review of an Order of
the Federal Communications Commission

## CERTIFIED INDEX OF ITEMS IN THE RECORD

Respondent Federal Communications Commission (Commission) herewith files a certified list of items constituting the record of Commission proceedings in the above captioned case. The filing consists of (1) a list of items constituting the record and (2) certificate of the Commission's Secretary.

February 17, 2023					Respectfully submitted,

					*/s/ William J. Scher*

					William J. Scher
					  *Counsel*

					FEDERAL COMMUNICATIONS
					COMMISSION
					WASHINGTON, D.C.  20554
					(202) 418-1740

**In the Matter of**
**Gray Television, Inc.**
**Parent of Gray Television Licensee, LLC, Licensee**
**of Stations KYES-TV, Anchorage, AK**
**and KTUU-TV, Anchorage, AK**

**Facility ID Nos. 21488, 10173**
**NAL/Acct. No. MB-202141420009**
**FRN: 0006945398**

| Date Received | Name of Filer(s) | Type of Filing |
|---|---|---|
| 11/1/2022 | Federal Communications Commission | FORFEITURE ORDER |
| 8/6/2021 | Gray Television Licensee, LLC | RESPONSE |
| 7/6/2021 | Federal Communications Commission | NOTICE OF APPARENT LIABILITY FOR FORFEITURE |
| 12/31/2020 | Denali Media, Anchorage, Corp. | SUPPLEMENTAL RESPONSE EXHIBITS |
| 12/31/2020 | Denali Media, Anchorage, Corp. | SUPPLEMENTAL RESPONSE |
| 12/31/2020 | Denali Media, Anchorage, Corp. | REQUEST FOR CONFIDENTIAL TREATMENT |
| 12/31/2020 | Gray Television Licensee, LLC | SUPPLEMENTAL RESPONSE EXHIBITS |
| 12/31/2020 | Gray Television Licensee, LLC | SUPPLEMENTAL RESPONSE |
| 12/31/2020 | Gray Television Licensee, LLC | REQUEST FOR CONFIDENTIAL TREATMENT |
| 12/23/2020 | Denali Media, Anchorage, Corp. | RESPONSE EXHIBITS |
| 12/23/2020 | Denali Media, Anchorage, Corp. | RESPONSE |
| 12/23/2020 | Denali Media, Anchorage, Corp. | REQUEST FOR CONFIDENTIAL TREATMENT |
| 12/23/2020 | Gray Television Licensee, LLC | RESPONSE EXHIBITS |
| 12/23/2020 | Gray Television Licensee, LLC | RESPONSE |

**In the Matter of
Gray Television, Inc.
Parent of Gray Television Licensee, LLC, Licensee
of Stations KYES-TV, Anchorage, AK
and KTUU-TV, Anchorage, AK**

**Facility ID Nos. 21488, 10173
NAL/Acct. No. MB-202141420009
FRN: 0006945398**

| Date Received | Name of Filer(s) | Type of Filing |
|---|---|---|
| 12/23/2020 | Gray Television Licensee, LLC | REQUEST FOR CONFIDENTIAL TREATMENT |
| 12/1/2020 | Media Bureau | LETTER OF INQUIRY TO GRAY TELEVISION LICENSEE, LLC |
| 12/1/2020 | Media Bureau | LETTER OF INQUIRY TO DENALI MEDIA, ANCHORAGE, CORP. |

2

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

GRAY TELEVISION, INC.,

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA.,

*Respondents*.

## CERTIFICATE OF MARLENE H. DORTCH, SECRETARY FEDERAL COMMUNICATIONS COMMISSION

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above-captioned case.

Witness my hand and Seal of the Federal Communications Commission this 17th day of February 2023.

FEDERAL COMMUNICATIONS COMMISSION

*Marlene Dortch*

Marlene H. Dortch
*Secretary*

## CERTIFICATE OF FILING AND SERVICE

I, William J. Scher, hereby certify that on February 17, 2023, I filed the foregoing Certified Index of Items in the Record with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ William J. Scher*

William J. Scher
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740