

Federal Communications Commission
Washington, D.C. 20554

January 3, 2024

VIA ECF

David J. Smith, Clerk of Court
United States Court of Appeals
 for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      RE:   *Gray Television, Inc. v. Federal Communications Commission*, No. 22-14274
               Oral Argument Assigned to Tentative Calendar Number 11 in Miami During the Week of March 4, 2024

Dear Mr. Smith:

     Pursuant to Federal Rule of Appellate Procedure 28(j), we wish to bring to the Court's attention the Federal Communications Commission's adoption of a rulemaking proposal referenced in its brief. On page 42 of the brief, the Commission noted that it had sought comment on whether to extend its local television ownership rule to low-power television stations and multicast channels in some circumstances. Last week, the agency released an Order adopting that proposal. *2018 Quad. Reg. Rev.*, FCC 23-117 (rel. Dec. 26, 2023) at 54-58 ¶ 99-108, *available at* https://docs.fcc.gov/public/attachments/FCC-23-117A1.doc.

                                    Sincerely,

                                      /s/William J. Scher

                                    William J. Scher
                                    Counsel
                                    Federal Communications Commission