# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14274

_____

GRAY TELEVISION, INC.,

                                                                                                          Petitioner,

*versus*

FEDERAL COMMUNICATIONS COMMISSION,
UNITED STATES OF AMERICA,

                                                                                                          Respondents.

_____

Petition for Review of a Decision of the
Federal Communications Commission
Agency No. FCC 22-83

_____

ORDER:

The parties are DIRECTED to file supplemental briefs addressing whether and to what extent *Loper Bright Enterprises v. Raimondo*, No. 22-1219, 2024 WL 3208360 (U.S. June 28, 2024), impacts the analysis on the appropriate deference to afford the FCC's interpretation of Note 11 in this case.

The Petitioner shall have 14 days from the date of this order to file its supplemental brief, which should not exceed 15 pages. The Respondent shall file its supplemental brief, not to exceed 15 pages, within 14 days of the filing of the Petitioner's brief. Finally, the Petitioner shall file any supplemental reply brief, not to exceed 7 pages, within 7 days of the filing of the Respondent's brief.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION
