# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14274

_____

GRAY TELEVISION, INC.,

                                                                             Petitioner,

*versus*

FEDERAL COMMUNICATIONS COMMISSION,
UNITED STATES OF AMERICA,

                                                                             Respondents.

_____

Petition for Review of a Decision of the
Federal Communications Commission
Agency No. FCC 22-83

_____

ORDER:

"Petitioner's Motion for Leave to File Supplemental Briefing" is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION