# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14274

_____

GRAY TELEVISION, INC.,

                                    Petitioner,

*versus*

FEDERAL COMMUNICATIONS COMMISSION,
UNITED STATES OF AMERICA,

                                    Respondents.

_____

Petition for Review of a Decision of the
Federal Communications Commission
Agency No. FCC 22-83

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

Before WILLIAM PRYOR, CHIEF JUDGE, and JORDAN and BRASHER, Circuit Judges.

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 40. The Petition for Panel Rehearing also is DENIED. FRAP 40.